

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00393-CV

**SEGUNDO NAVARRO DRILLING, LTD.**, Lewis Petro Properties, Inc.,
and BP America Production Company,
Appellants

v.

**JUAN SALINAS RANCH MINERALS, LTD.**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2013CV7000614D2
Honorable Monica Z. Notzon, Judge Presiding

PER CURIAM

Sitting: Rebecca C. Martinez, Chief Justice
    Liza A. Rodriguez, Justice
    Lori I. Valenzuela, Justice

Delivered and Filed: March 31, 2021

DISMISSED

The parties have filed a joint motion to dismiss this appeal due to settlement. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the party who incurred them.

PER CURIAM